**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL K. YOUNG, | No. CV 19-8252-ODW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is summarily dismissed.

DATED: October 28, 2019

OTIS D. WRIGHT, II
United States District Judge